## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

DEAN WOHLHUTER

**VERSUS**

STTAKEDA PHARMACEUTICALS
AMERICA, INC.;
TAKEDA PHARMACEUTICALS U.S.A.,
INC. F/K/A TAKEDA
PHARMACEUTICALS NORTH AMERICA,
INC.;
TAKEDA PHARMACEUTICAL
COMPANY LIMITED

**MISC. CASE NO.** 6:16-cv-00100

**JUDGE DOHERTY**

**MAGISTRATE JUDGE HANNA**

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, B MICHAEL WOHLHUTER

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of DEAN WOHLHUTER, as PERSONAL REPRESENTATIVE and Derivative Claimant; and JEAN MARIE PRINCE, JULIE LYNN WOHLHUTER as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, DEAN WOHLHUTER, as PERSONAL REPRESENTATIVE and Derivative Claimant; and PERSONAL REPRESENTATIVE as Derivative Claimant individually and as legal heirs to the Estate of DEAN WOHLHUTER, deceased, and Takeda, as notice to the Court on _____December 20, 2016 be_____

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this ____22nd____ of __December____, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE