RECEIVED

JAN - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEAN WOHLHUTER, ET AL. | MISC. CASE NO. 16-mc-100 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Dean Wohlhuter, as Personal Representative and Derivative Claimant; and Jean Marie Prince and Julie Lynn Wohlhuter, as Derivative Claimants, of the Estate of B. Michael Wohlhuter, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __6__ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE